## E. GORDON v. STATE.

No. A-8874.  July 26, 1935.
(48 Pac. [2d] 1119.)

Homer Bishop and David Tant, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of the larceny of an automobile, and his punishment assessed at a term of five years in the state penitentiary at McAlester, and appeals.

The record in this case was filed in this court on March 19, 1935; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The case-made does not contain any of the evidence taken at the trial. The case is therefore affirmed.